# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 19-00406-03-CR-W-RK |
| ASHLEY CLEVENGER, | ) |
| Defendant. | ) |

## REPORT AND RECOMMENDATION

On April 23, 2020, counsel for Defendant filed a motion pursuant to 18 U.S.C. § 4241 for a determination of the mental competency of Defendant to stand trial. Doc. 94. The Court entered its order granting the motion pursuant to 18 U.S.C. § 4241(b) on April 24, 2020. Doc 95. Said order directed a psychological or psychiatric examination of Defendant be conducted and that a psychological or psychiatric report be filed with the Court pursuant to 18 U.S.C. §§ 4247(b) and (c). *Id.*

The Court has received the psychological or psychiatric report of Dr. Correa (Doc. 141) which concluded that Defendant is competent to understand the nature and consequence of the proceedings against her and to assist properly in her defense. This report has been provided to and reviewed by counsel for the Government and counsel for Defendant. On November 3, 2020, a hearing was held pursuant to 18 U.S.C. § 4247(d) for the purpose of determining the mental competency of Defendant to stand trial. At this hearing, counsel for the Government and counsel for Defendant stipulated that the Court could consider the psychological or psychiatric report of Dr. Correa as if Dr. Correa had appeared in person and testified under oath. No additional evidence was offered by the Government or by Defendant.

Based on the record before the Court and the uncontroverted findings of Dr. Correa, it is RECOMMENDED that the District Court find that Defendant is competent to understand the nature and consequence of the proceedings against her and to assist properly in her defense.

Counsel are reminded they have fourteen days in which to file any objections to this Report and Recommendation. A failure to file and serve objections by this date shall bar an attack on appeal of the factual findings in this Report and Recommendation except on the grounds of plain error or manifest injustice.

DATE: November 3, 2020        /s/ W. Brian Gaddy
　　　　　　　　　　　　　　　　W. BRIAN GADDY
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE