IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:19-00406-03-CR-W-RK |
| ) | |
| ASHLEY CLEVENGER, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Before the Court is the Report and Recommendation (doc. 194) prepared by Magistrate Judge W. Brian Gaddy on November 3, 2020. Neither party filed objections within the 14-day period provided by Rule 59(a) of the Federal Rules of Criminal Procedure. As a result, the parties have waived their right to review. *Id*. Accordingly, the Court adopts Judge Gaddy's recommendation and concludes that Defendant is mentally competent to stand trial. The Report and Recommendation (doc. 194) shall be attached to and made a part of this Order.

**IT IS SO ORDERED.**

s/ Roseann A. Ketchmark
ROSEANN A. KETCHMARK, JUDGE
UNITED STATES DISTRICT COURT

DATED: December 11, 2020